**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANGELINA BOON,<br><br>  Plaintiff,<br><br>v.<br><br>RONALD WELLS, et al.,<br><br>  Defendants. | Civil Action No. 23-18763 (SDW)(MAH)<br><br>**WHEREAS OPINION**<br><br>March 27, 2024 |

**THIS MATTER** having come before this Court upon *pro se* Plaintiff Angelina Boon's ("Plaintiff") filing of her motion (D.E. 5) to add exhibits to and amend her Complaint ("Motion"); and

**WHEREAS** this Court dismissed the Complaint without prejudice for failure to state a claim under Federal Rule of Civil Procedure 8 on September 15, 2023. Plaintiff was given thirty days from the date of the dismissal to file an amended Complaint but did not timely do so. As a result, this Court terminated this case on October 17, 2023; and

**WHEREAS** Plaintiff's case is presently closed, and she has not shown any reason for filing additional documents in a closed case. Plaintiff's motion does not indicate the relevance of the exhibits and to what extent she wishes to amend her Complaint. Plaintiff attached almost sixty pages of documents but did not explain why she submitted these exhibits or what arguments these exhibits are meant to support; therefore

Plaintiff's Motion is **DENIED**. The case shall remain closed. An appropriate order follows.

                                                                         /s/ Susan D. Wigenton
                                                                   **United States District Judge**

Orig:   Clerk
cc:     Michael A. Hammer, U.S.M.J.
         Parties